**Order filed September 2, 2015**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-15-00721-CR
————————

**BRENETTA SHERMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1389343**

## ORDER

According to information provided to this court, appellant's notice of appeal appears to be untimely. Our records reflect that appellant was sentenced April 15, 2014. Our information reflects that appellant did not file a timely motion for new trial. Therefore, her notice of appeal was due May 15, 2014, but it was not filed until August 3, 2015.

The clerk's record has not been filed in this appeal. To determine our jurisdiction over this appeal, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **October 2, 2015.** In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal.

PER CURIAM